# EXHIBIT C



September 11, 2020

VIA FEDEX AND EMAIL (Info@nexusperforating.com)

Attn: Sergio Fabian Goyeneche
President
Nexus Perforating LLC
3311 Normany Forest Ct
Spring, TX 77388-5184


Re: DynaStage Patent Notice

Dear Mr. Goyeneche:

This firm represents DynaEnergetics Europe GmbH ("DynaEnergetics") in intellectual property matters.  As you know, DynaEnergetics is a leader in the field of well completion, perforating, well abandonment, and seismic technologies.  DynaEnergetics has a long history of technological innovation, including innovation in the manufacture of detonators, detonating cords, and perforating hardware.  In connection with its research and development efforts, DynaEnergetics has developed groundbreaking inventions related to wireless detonator assemblies, bulkhead assemblies, perforating gun assemblies, and methods of assembling same, and specifically in development and introduction to the market of its game changing DynaStage® perforating system.  These inventions are currently protected by multiple United States patents, including U.S. Patent Nos. 9,494,021, 9,581,422, 9,605,937, 9,702,680, 9,784,549, 10,429,161, 10,365,078, and 10,472,938.

In addition, DynaEnergetics is the owner of pending U.S. Patent Application 16/585,790 ("the '790 application"), which was published as U.S. Pre-Grant Publication No. 2020/0032626 and claims priority to Canadian Patent Application No. 2,81,506 filed July 18, 2013 (attached herein as Exhibit A).  The '790 application has been allowed (Notice of Allowance issued as Exhibit B),

Lisa J. Moyles, Esq.
Moyles IP, LLC
Licensed in CT, NC, GA and USPTO
One Enterprise Drive, Suite 428
Shelton, CT 06484
(203) 428-4420 Ext. 501
lmoyles@moylesip.com



DynaStage Patent Notice Letter
September 11, 2020
Page 2 of 4

the issue fee has been paid (see Exhibit C), and the corresponding patent is expected to issue imminently. Claim 1 of the '790 application reads as follows:

> 1. An electrical connection assembly for establishing an electrical connection in a tool string, the electrical connection assembly comprising:
>
> a tandem seal adapter having a first end, a second end and a bore that extends from the first end to the second end and entirely through the tandem seal adapter;
>
> a perforation gun system comprising a first outer gun carrier, a shaped charge, and a first detonator, wherein the shaped charge and the first detonator are positioned within the first outer gun carrier, wherein the first outer gun carrier is connected to the first end of the tandem seal adapter; and
>
> a pressure bulkhead having an outer surface, a first end and a second end, the outer surface of the pressure bulkhead is sealing received in the bore of the tandem seal adapter, the pressure bulkhead also having a pin connector assembly extending through the pressure bulkhead from a first pin connector end to a second pin connector end, and configured to relay an electrical signal from the first end of the pressure bulkhead to the second end of the pressure bulkhead, wherein the first pin connector end extends beyond the first end of the pressure bulkhead and the second pin connector end extends beyond the second end of the pressure bulkhead, wherein
>
> the first detonator is in electrical communication with the pin connector assembly, wherein the tandem seal adapter and the pressure bulkhead are configured to provide a seal between the detonator and an environment on the second end of the tandem seal adapter.

Additionally, DynaEnergetics is actively prosecuting numerous additional pending patent applications, both in the United States and internationally.

It has come to our attention that your company is making, using, importing, and/or selling perforating guns and equipment in the United States which are encompassed by one or more of the patents and patent applications discussed above. For example, as pictured below, your company advertises the Double Nexus Connect on your company's website at https://www.nexusperforating.com/double-nexus-connect.



DynaStage Patent Notice Letter
September 11, 2020
Page 3 of 4



We ask that you confirm in writing by September 25, 2020 that your company will cease importing, making, using, marketing, promoting, selling, or offering for sale the accused products in the United States in any and all manner.

Notwithstanding other opportunities for notice due to publication of patent applications, publication of issued patents, marking of protected articles, and/or other opportunities, this letter serves as notice of the existence of DynaEnergetics' patent rights for the purposes of determining enhanced treble damages, punitive damages, and/or attorney's fees.

DynaEnergetics fully intends to protect its patented technology by all available legal remedies should your company continue to fail to respect DynaEnergetics' intellectual property rights.

If you are represented by counsel, please forward this letter to her or him.



DynaStage Patent Notice Letter
September 11, 2020
Page 4 of 4

Please understand that this is a confidential communication pursuant to Rule 408(a) and is made as an attempt to resolve a potential dispute and is made without prejudice to the rights and remedies of DynaEnergetics, all of which are hereby expressly reserved.

Sincerely yours,
Moyles IP, LLC

Lisa J. Moyles, Esq.
Member


cc: Michelle Shepston, Chief Legal Officer DMC Global

Attachments:

Exhibit A – U.S. Pre-Grant Publication No. 2020/0032626
Exhibit B – Notice of Allowance for the '790 application
Exhibit C – Screenshot of USPTO PAIR website confirming payment of issue fee for the '790 application