United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS PERFORATING LLC, <br><br> Defendant. | Civil Action No: 4:21-cv-00280 <br> Chief United States District Judge <br> Hon. Lee H. Rosenthal |
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VIGOR USA, LLC, <br><br> Defendant. | Civil Action No: 4:21-cv-00283 <br> United State District Judge <br> Hon. George C. Hanks, Jr. |

**ORDER GRANTING
MOTION TO TRANSFER RELATED CASE**

Before the Court is Plaintiffs' Motion to Transfer Related Case ("Motion"). The Court finds transfer is warranted and ORDERS that *DynaEnergetics Europe GmbH, et al. v. Vigor USA, LLC*, Civil Action No. 4:21-cv-00283, currently pending before the Honorable George C. Hanks, be transferred to the undersigned, Chief United States District Judge Lee H. Rosenthal.

SIGNED this 14th day of May, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE
HON. LEE H. ROSENTHAL