UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXUS PERFORATING LLC,<br><br>    Defendant. | Civil Case No.: 4:21-cv-00280 |

### DECLARATION OF JOHN K. BUCHE

I, John K. Buche, do hereby declare under penalty of perjury under 18 U.S.C. §1001, that:

1.  I am over the age of 18, have never been convicted of a felony, and am in all ways qualified to make this declaration.

2.  I am an attorney licensed to practice in the State of Texas and the State of California. I am the principal of the law firm Buche & Associates, P.C., counsel for Nexus Perforating LLC. This declaration is made of facts and matters within my own personal knowledge and if called as a witness, I could, and would, testify thereto. I make this declaration in connection with Defendant Nexus Perforating LLC's Motion to Stay Litigation Pending Post-Grant Reviews and *Ex Parte* Reexamination.

3.  Attached herein as Exhibit A is a true and correct copy of an excerpt of the *PTAB Trial Statistics August 2021 IPR, PGR, CMB* found at https://www.uspto.gov/sites/default/files/documents/ptab_aia_20210831_.pdf.

4.  Attached herein as Exhibit B is a true and correct copy of an excerpt of the *Ex*

*Parte Reexamination Filing Data – September 30, 2020* found at https://www.uspto.gov/sites/default/files/documents/ex_parte_historical_stats_roll_up_21Q1.pdf.

     5.    Attached herein as Exhibit C is a true and correct copy of the electronic acknowledgement receipt for the *ex parte* reexamination filed on September 28, 2021.

Date: September 28, 2021          */s/ John K. Buche*
                                      John K. Buche