# EXHIBIT A



# PTAB Trial Statistics
# August 2021
# IPR, PGR, CBM

## Patent Trial and Appeal Board



UNITED STATES
PATENT AND TRADEMARK OFFICE
uspto

# Institution rates by petition
**(FY17 to FY21 through August: Oct. 1, 2016 to Aug. 31, 2021)**

by Petition



6

# Institution rates by patent
**(FY17 to FY21 through August: Oct. 1, 2016 to Aug. 31, 2021)**


