# EXHIBIT B



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - September 30, 2020

| | | | |
|---|---|---:|---:|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] | | | 14185 |
| | a. By patent owner | 3954 | 27.9% |
| | b. by other member of the public | 10056 | 70.9% |
| | c. By order of Commissioner | 175 | 1.2% |
| 2. Number of Filings by discipline | | | |
| | a. Chemical Operation | 3843 | 27.1% |
| | b. Electrical Operation | 5279 | 37.2% |
| | c. Mechanical Operation | 4790 | 33.8% |
| | d. Design Patents | 273 | 1.9% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

| | | | |
|---|---|---:|---:|
| 4. Number known to be in litigation | | 5428 | 38.3% |
| 5. Decisions on requests [2] | | | 14185 |
| | a. No. granted | 13082 | 92.2% |
| |    (1) By examiner | 12888 | |
| |    (2) By Director (on petition) | 194 | |
| | b. No. denied | 1183 | 8.3% |
| |    (1) By examiner | 1103 | |
| |    (2) Reexam vacated | 80 | |
| 6. Total examiner denials (includes denials reversed by Director) | | | 1103 |
| | a. Patent owner requester | 525 | 47.6% |
| | b. Third party requester | 578 | 52.4% |

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency     25.7 (mos.)
      b. Median pendency     19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………… 12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER     3960
        a. All claims confirmed     809    20.4%
        b. All claims canceled     396    10.0%
        c. Claims changed     2755    69.6%
    b. Certificates – 3rd PARTY REQUESTER     8630
        a. All claims confirmed     1846    21.4%
        b. All claims canceled     1226    14.2%
        c. Claims changed     5558    64.4%
    c. Certificates – COMMISSIONER INITIATED REEXAM     174
        a. All claims confirmed     17    9.8%
        b. All claims canceled     46    26.4%
        c. Claims changed     111    63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020