UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS PERFORATING LLC, <br><br> Defendant. | Civil Case No.: 4:21-cv-00280 |

**[PROPOSED] ORDER**

Before the Court is Defendant Nexus Perforating, LLC's Motion to Stay Litigation Pending Post-Grant Reviews and *Ex Parte* Reexamination. Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted.

The Court hereby ORDERS that Defendant's Motion to Stay Litigation Pending Post-Grant Reviews and *Ex Parte* Reexamination is GRANTED.

The Court further ORDERS that this case is stayed pending Post-Grant Reviews and/or reexamination of the '697 Patent.

IT IS SO ORDERED.

Signed at Houston Texas, this _____ day of _____, 2021.

                                                      _____
                                                      Chief Judge Lee H. Rosenthal
                                                      Chief United States District Judge