UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EURPOE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs <br><br> v. <br><br> NEXUS PERFORATING LLC, <br><br> Defendant | CIVIL ACTION NO. 4:21-cv-00280 |

**DEFENDANT NEXUS PERFORATING LLC'S SUPPLEMENTAL DECISION ON *EX PARTE* REEXAMINATION REGARDING MOTION TO STAY LITIGATION PENDING POST-GRANT REVIEWS AND <u>*EX PARTE* REEXAMINATION</u>**

Defendant Nexus Perforating LLC ("Nexus" or "Defendant") hereby submits the Decision on Request for Reexamination ("Decision") from the United States Patent and Trademark Office ("USPTO"), which was mailed on November 1, 2021.  Decl. Buche, ¶3, Ex. A.  On November 1, 2021, the USPTO determined that "[a] substantial new question of patentability affecting claims 1, 2 and 8-10 of United States Patent Number 10,844,697 is raised by the request for ex parte reexamination."  Decl. Buche, ¶3, Ex. A, pg. 5.  Accordingly, "[a]s the request provided a SNQ for claims 1, 2 and 8-10, these claims will be reexamined."  Decl. Buche, ¶3, Ex. A, pg. 14.

Dated:  <u>November 1, 2021</u>

Respectfully submitted,

BUCHE & ASSOCIATES, P.C.

By: <u>/s/ *John K. Buche*_____</u>
John K. Buche (TX Bar No. 24012352)
1700 Post Oak Blvd., 2 Blvd. Pl., #600

Houston, TX 77056
Tel: (713) 401-9451
Fax: (858) 430-2426

ATTORNEYS FOR DEFENDANT
NEXUS PERFORATING LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                                        */s/ John K. Buche*
                                        John K. Buche