UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS PERFORATING LLC, <br><br> Defendant. | Civil Case No.: 4:21-cv-00280 |

### DECLARATION OF JOHN K. BUCHE

I, John K. Buche, do hereby declare under penalty of perjury under 18 U.S.C. §1001, that:

1. I am over the age of 18, have never been convicted of a felony, and am in all ways qualified to make this declaration.

2. I am an attorney licensed to practice in the State of Texas and the State of California. I am the principal of the law firm Buche & Associates, P.C., counsel for Nexus Perforating LLC. This declaration is made of facts and matters within my own personal knowledge and if called as a witness, I could, and would, testify thereto. I make this declaration in connection with Defendant Nexus Perforating LLC's Supplemental Decision on *Ex Parte* Reexamination Regarding Motion to Stay Litigation Pending Post-Grant Reviews and *Ex Parte* Reexamination.

3. Attached herein as **Exhibit A** is a true and correct copy of the Decision on Request for Reexamination from the United States Patent and Trademark Office, which was mailed on November 1, 2021.

1
**DECLARATION OF JOHN K. BUCHE**

2

Date:  November 1, 2021        */s/ John K. Buche*
                                John K. Buche

**2**
**DECLARATION OF JOHN K. BUCHE**