UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EURPOE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs <br><br> v. <br><br> NEXUS PERFORATING LLC, <br><br> Defendant | CIVIL ACTION NO. 4:21-cv-00280 |

**DEFENDANT NEXUS PERFORATING LLC'S SUPPLEMENTAL DECISION GRANTING INSTITUTION OF POST-GRANT REVIEW (PGR2021-00078) REGARDING MOTION TO STAY LITIGATION PENDING POST-GRANT REVIEWS AND *EX PARTE* REEXAMINATION**

Defendant Nexus Perforating LLC ("Nexus" or "Defendant") hereby submits the Decision Granting Institution of Post-Grant Review ("Decision") in PGR2021-00078 from the United States Patent Trial and Appeal Board ("PTAB"). Decl. Buche, ¶3, Ex. A. On November 1, 2021, in *G&H Diversified Manufacturing, LP v. Dynaenergetics Europe GMBH* (PGR2021-00078), the PTAB granted institution of post-grant review as to claims 1-21 of the '697 patent (the asserted patent in this case) on all asserted grounds. Decl. Buche, ¶3, Ex. A, pgs. 2, 87.

Dated: November 2, 2021

Respectfully submitted,

BUCHE & ASSOCIATES, P.C.

By: /s/ *John K. Buche*
John K. Buche (TX Bar No. 24012352)

ATTORNEYS FOR DEFENDANT
NEXUS PERFORATING LLC

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

>                                             */s/ John K. Buche*
>                                             John K. Buche