# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NEXUS PERFORATING LLC,<br>Defendant. | Civil Action No: 4:21-cv-00280 |

## JOINT STATUS REPORT OF FINAL WRITTEN DECISION IN POST GRANT REVIEW OF U.S. PAT. NO. 10,844,697

Pursuant to the Court's November 16, 2021, Order Granting [Dkt. 51] Motion to Stay Case, Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc., (collectively "DynaEnergetics") and Defendant Nexus Perforating LLC ("Nexus") (collectively, "the Parties") hereby notify the Court that the Patent Trial and Appeal Board ("PTAB") recently found certain claims of the asserted patent unpatentable based on post-grant review ("PGR") proceedings brought by G&H Diversified Manufacturing, LP.

In particular, on October 31, 2022, the PTAB held that claims 1-21 of U.S. Patent No. 10,844,697 are unpatentable (PGR2021-00078, Paper No. 46, attached as Exhibit 1).

Any request for rehearing is due on November 30, 2022, and if DynaEnergetics does not request rehearing, notice of appeal will be due January 3, 2023.

| | |
|---|---|
| Dated: November 11, 2022 | Respectfully submitted, |
| By: */s/ Preston H. Heard* | By: */s/ John K. Buche* |
| Megan Charlotte Moore | John K. Buche |
| Federal Bar No. 963966 | Texas Bar No. 24012352 |
| Texas Bar No. 24054322 | Buche & Associates P.C. |
| RUSTY HARDIN & ASSOCIATES, LLP | 1700 Post Oak Blvd. 2 Blvd. Pl., #600 |
| 5 Houston Center | |
| 1401 McKinney, Suite 2250 | Houston, TX 77056 |
| Houston, TX 77010 | Telephone: (713) 589-2214 |
| 713-652-9000 | Email: jbuche@buchelaw.com |
| Fax: 713-652-9800 | |
| Email: mmoore@rustyhardin.com | *Attorney for Defendant Nexus Perforating, LLC* |

Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
MOYLES IP, LLC
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for DynaEnergetics Europe GmbH and DynaEnergetics Us, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(a)(3), I hereby certify that all counsel of record who are deemed to have consent to electronic service are being served on November 11, 2022 with a copy of this document via the Court's CM/ECF system.

                                           /s/ *John K. Buche*  
                                           John K. Buche